NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-1240

JAMES O. DAVID
VERSUS
THEARD J. PREJEAN, JR., ET AL.

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT,
PARISH OF VERMILION, NO. 71220,
HONORABLE MARILYN CASTLE, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

MICHAEL G. SULLIVAN
JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Oswald A. Decuir, Michael G. Sullivan, and Elizabeth A. Pickett, Judges.

MOTION TO DISMISS DENIED.

Charles R. Sonnier
Two South Magdalen Square
Post Office Drawer 700
Abbeville, LA 70511-0700
(337) 893-5973
COUNSEL FOR PLAINTIFF/APPELLEE:
    James O. David

Silas B. Cooper, Jr.
Post Office Box 1213
121 E. St. Victor Street
Abbeville, LA 70510
(337) 893-8810
COUNSEL FOR DEFENDANTS/APPELLANTS:
    Theard J. Prejean, Jr., and Nona Belle Trahan